■ DONALD H. PHANEUF, Appellant, v CITY OF PLATTSBURGH, Respondent.—Appeal from an order of the Supreme Court at Special Term, entered January 15, 1975 in Clinton County, which granted summary judgment in favor of the defendant. Order affirmed, without costs, upon the opinion of Harvey, J., at Special Term. Herlihy, P. J., Greenblott, Kane, Main and Larkin, JJ., concur. [84 Misc 2d 70.]